IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JUAN JOSE MENJIVAR-CRUZ, | * | |
| Petitioner, | * | |
| v. | * | Case No. 4:26-cv-01030-CDL-ALS |
| WARDEN OF STEWART DETENTION CENTER et al, | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 10, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 10th day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk